IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CR234-FDW

| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN FRANK WEIMER, | ) |
| Defendant. | ) |
| | ) |

## ORDER REVOKING CITIZENSHIP

Defendant Kevin Frank Weimer, having been convicted of unlawful procurement of naturalization, in violation of 18 U.S.C. § 1425(a), and whereas 8 U.S.C. § 1451(e) mandates that, in the event of such a conviction, the related naturalization shall be revoked,

IT IS HEREBY ORDERED that judgment is entered revoking and setting aside the naturalization of defendant ordered by the Attorney General of the United States, admitting defendant to United States citizenship, and canceling Certificate of Naturalization No. 34981334.

IT IS FURTHER ORDERED that defendant, from the date of this Order, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of defendant's naturalization on February 12, 2013.

IT IS FURTHER ORDERED that the defendant surrender and deliver his Certificate of Naturalization, and any copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), to the Attorney General immediately; and return any other indicia of United States citizenship, and any

1

copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), including, but not limited to, United States passports, voter registration cards, and other voting documents.

SO ORDERED this the 18th day of October, 2017.

FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE